*E-Filed on*:   9/15/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. C-02-02050 RMW |
|---|---|
| Plaintiff, | ORDER REGARDING APRIL 14, 2003 FORFEITURE ORDER |
| v. | |
| 3278 ALESANDRO DRIVE, SAN JOSE, CALIFORNIA, | |
| Defendant. | |

On April 14, 2003, pursuant to a stipulation of settlement between the United States and all claimants in this action, this court issued a Forfeiture Order that within 150 days of the order claimants Anthony Phan and Amy Tran are to issue a cashiers check of $210,000 payable to the United States Customs Service. The Order provided that upon receipt of said funds the United States shall dismiss the Complaint for Forfeiture and release the *lis pendens* against the real property. In the event the government does not receive said funds within 150 days, judgment shall be entered in favor of the United States and against defendant.

Nothing has been filed in this action either dismissing the Complaint or seeking judgment. The court would like the government to file, by September 27, 2006, either a dismissal of the complaint and release of *lis pendens* pursuant to the stipulation of settlement or a response to this order informing the court why dismissal is not appropriate.

DATED:   9/14/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER REGARDING APRIL 14, 2003 FORFEITURE ORDER—C-02-02050 RMW
SPT

**United States District Court**
For the Northern District of California

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  Robert D. Ward
   U.S. Attorney's Office
4  450 Golden Gate Avenue
   Box 36055
5  San Francisco, CA 94102

6

7  **Counsel for Defendants:**

8  Jerry Y. Fong
   Carey & Carey
9  706 Cowper Street
   P.O. Box 1040
10 Palo Alto, CA 94302-1040
   650-328-5510x3
11 Fax: 650-853-3632
   Email: jf@careyandcareylaw.com

12 Ian M. Comisky
   Blank Rome Comisky & McCauley LLP
13 One Logan Square
   Philadelphia, PA 19103

14

15

16 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

17

18 **Dated:    9/15/06**                         **SPT**
                                                 **Chambers of Judge Whyte**

ORDER REGARDING APRIL 14, 2003 FORFEITURE ORDER—C-02-02050 RMW
SPT                                     2